**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: **James R. Mahar and Karen G. Mahar**         Case No. 11-10315-JHW
                                                     Reporting Period: 12/23/10 to 1/25/11

**MONTHLY OPERATING REPORT**
**(INDIVIDUAL WAGE EARNERS)**
File with Court and submit copy to United States Trustee within 20 days after end of month

**Include FORM MOR-1 (INDV) if debtor is a wage earner.**
**Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.**
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | X | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | X | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | X | |
| Status of Postpetition Taxes | | X | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | X | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | X | |
| Debtor Questionnaire | | X | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.


/s/ James R. Mahar_____        04/25/11
Signature of Debtor                                     Date


/s/ Karen G. Mahar_____        04/25/11
Signature of Joint Debtor                               Date


_____
Signature of Authorized Individual*                     Date


_____
Printed Name of Authorized Individual                   Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

                                                                    FORM MOR (INDV)
                                                                         (9/99)

In re: **James R. Mahar and Karen G. Mahar**  **Case No. 11-10315-JHW**
    Debtor  Reporting Period ___ 12/23/10 to 1/25/11
59-050034-8

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month (Combined** | 1,088.52 | - |
|  |  |  |
| **RECEIPTS** |  |  |
| Wages (Net) |  |  |
| **Interest and Dividend Income** |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets- |  |  |
| Other Income (attach schedule) Refunds from Big Lot | 22.47 | 22.47 |
| Other Income (attach schedule) Draws from Decomressionwear | 2,240.00 | 2,240.00 |
| **Total Receipts** | 2,262.47 | 2,262.47 |
|  |  |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) |  |  |
|  |  |  |
| **Other Secured Note Payments** |  |  |
| Utilities | 637.42 | 637.42 |
| Insurance |  |  |
| Auto Expense |  |  |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance | 125.00 | 125.00 |
| Medical Expenses | 184.96 | 184.96 |
| Household Expenses | 589.57 | 589.57 |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate | 97.62 | 97.62 |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment |  |  |
| Gifts | 73.61 | 73.61 |
| Other (attach schedule)* | 1,642.67 | 1,642.67 |
| Total Ordinary Disbursements | 3,350.85 | 3,350.85 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| Total Reorganization Items |  |  |
|  |  |  |
| **Total Disbursements (Ordinary + Reorganization)** | 3,350.85 | 3,328.38 |
|  |  |  |
| **Net Cash Flow (Total Receipts - Total Disbursements** | (1,088.38) | (1,088.38) |
|  |  |  |
| **Cash - End of Month (Must equal reconciled bank statemen** | 0.14 | 0.14 |

FORM MOR-1(INDV)
(9/99)

**Disbursements - Other**
| | |
|---|---|
| Payback to Decompressionwear | 700.00 |
| Bank Fees | 20.00 |
| Dues & Subscriptions | 39.54 |
| Food & Dining Out | 883.13 |
|  | 1,642.67 |

In re: **James R. Mahar and Karen G. Mahar**      **Case No. 11-10315-JHW**
         Debtor      Reporting Period ___ 12/23/10 to 1/25/11

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

33-009637-0

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.  A bank reconciliation must be attached for each account.  [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month (Wachovia Savings 2850** | 190.09 | |
| | | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets- | | |
| Other Income (attach schedule)     Transfer to Debtor in Poss | | |
| **Total Receipts** | 190.09 | |
| | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Household Expenses | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other -  Closed account, Transfer to Wachovia DIP 8818 | 190.09 | 190.09 |
| Total Ordinary Disbursements | 190.09 | 190.09 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| | | |
| **Total Disbursements  (Ordinary  +  Reorganization)** | 190.09 | 190.09 |
| | | |
| **Net Cash Flow (Total Receipts  -  Total Disbursements** | 0 | 0 |
| | | |
| **Cash - End of Month (Must equal reconciled bank statemen** | 0 | 0 |

FORM MOR-1(INDV)
(9/99)

Saving account - closed

In re: **James R. Mahar and Karen G. Mahar**      Case No. **11-10315-JHW**
        Debtor     Reporting Period ____ 12/23/10 to 1/25/11
59-050034-8

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount.   A bank reconciliation must be attached for each account.  [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month (Wachovia Checking 3967))** | 488.43 | - |
|  |  |  |
| **RECEIPTS** |  |  |
| Wages (Net) |  |  |
| **Interest and Dividend Income** |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets- |  |  |
| Other Income (attach schedule) Refunds from Big Lot | 22.47 | 22.47 |
| Other Income (attach schedule) Draws from Decomressionwear | 1,540.00 | 2,240.00 |
| **Total Receipts** | 1,562.47 | 2,262.47 |
|  |  |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) |  |  |
|  |  |  |
| **Other Secured Note Payments** |  |  |
| Utilities | 637.42 | 637.42 |
| Insurance |  |  |
| Auto Expense |  |  |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  |  |
| Medical Expenses | 184.96 | 184.96 |
| Household Expenses | 73.19 | 73.19 |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate | 97.62 | 97.62 |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment |  |  |
| Gifts | 73.61 | 73.61 |
| Other (attach schedule)* | 984.10 | 984.10 |
| Total Ordinary Disbursements | 2,050.90 | 2,050.90 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| Total Reorganization Items |  |  |
|  |  |  |
| **Total Disbursements  (Ordinary + Reorganization)** | 2,050.90 | 2,050.90 |
|  |  |  |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | (488.43) | (488.43) |
|  |  |  |
| **Cash - End of Month (Must equal reconciled bank statement)** | - | - |

FORM MOR-1(INDV)
(9/99)

**Disbursements - Other**
| | |
|---|---|
| Dues & Subscriptions (Onstar) | 39.54 |
| Food & Dining Out | 668.96 |
| Transfer to Wachovia Savings 4007 | 10.00 |
| Transfer to Close Account - To Wachovia DIP Account 8818 | 265.60 |
|  | 984.10 |

old personal- closed

In re: **James R. Mahar and Karen G. Mahar**  **Case No. 11-10315-JHW**
        Debtor  Reporting Period ___ 12/23/10 to 1/25/11
59-050034-8

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month (Wachovia Savings 4007** | 420.00 | - |
|  |  |  |
| **RECEIPTS** |  |  |
| Wages (Net) |  |  |
| **Interest and Dividend Income** |  |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income |  |  |
| Sale of Assets- |  |  |
| Other Income (attach schedule) Refunds from Big Lot |  |  |
| Other Income (attach schedule) Draws from Decomressionwear |  |  |
| Total Receipts | - | - |
|  |  |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) |  |  |
|  |  |  |
| **Other Secured Note Payments** |  |  |
| Utilities |  |  |
| Insurance |  |  |
| Auto Expense |  |  |
| Lease Payments |  |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  |  |
| Medical Expenses |  |  |
| Household Expenses |  |  |
| Charitable Contributions |  |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment |  |  |
| Gifts |  |  |
| Other (Transfer to Wachovia DIP Account 8818) | 420.00 | 420.00 |
| Total Ordinary Disbursements | 420.00 | 420.00 |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U. S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| Total Reorganization Items |  |  |
|  |  |  |
| **Total Disbursements  (Ordinary  +  Reorganization)** | 420.00 | 420.00 |
|  |  |  |
| **Net Cash Flow (Total Receipts  -  Total Disbursements** | (420.00) | (420.00) |
|  |  |  |
| **Cash - End of Month (Must equal reconciled bank statemen** | - | - |

FORM MOR-1(INDV)
(9/99)

**Margate Adv - closed**

In re: **James R. Mahar and Karen G. Mahar**  Case No. **11-10315-JHW**
      Debtor  Reporting Period ___ 12/23/10 to 1/25/11
59-050034-8

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month (Wachovia DIP 8818)** | - | - |
| **RECEIPTS** | | |
| Wages (Net) | | |
| **Interest and Dividend Income** | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets- | | |
| Other Income (Transfer from Wachovia Checking 3967) | 265.60 | 265.60 |
| Other Income (Transfer from Wachovia Savings 4007) | 420.00 | 420.00 |
| Other Income (Transfer from Wachovia Savings 2850) | 190.09 | 190.09 |
| Other Income (Draws from Decomressionwear) | 700.00 | 700.00 |
| **Total Receipts** | 1,575.69 | 1,575.69 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| **Other Secured Note Payments** | | |
| Utilities | | |
| Insurance | | |
| Auto Expense | | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 125.00 | 125.00 |
| Medical Expenses | | |
| Household Expenses | 516.38 | 516.38 |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (See Attached) | 934.17 | 934.17 |
| Total Ordinary Disbursements | 1,575.55 | 1,575.55 |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 1,575.55 | 1,575.55 |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 0.14 | 0.14 |
| **Cash - End of Month (Must equal reconciled bank statement)** | 0.14 | 0.14 |

Other Expenses:
  Payback to Decomperssionwear         700.00
  Food & Dining Out                    214.17
  Bank Fees (New Checks)                20.00
Total                                  934.17

New oersonal DIP account

FORM MOR-1(INDV)
(9/99)

MOR-1SUP

In re: **James R. Mahar and Karen G. Mahar**  Case No: 11-10315-JHW
Reporting Period: 12/23/10 to 1/25/11

**Bank Reconciliations (Continuation Sheet for MOR-1)**

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Balance Per Books** | | | | | | | | | | |
| Bank Balance | 1/25/2011 | 0.14 | | - | | - | | - | | - |
| (+) Deposits in Transit | | | | - | | - | | - | | - |
| (-) Outstanding Checks | | - | | - | | - | | - | | - |
| | | - | | | | | | | | |
| (-) Outstanding Debits | | - | | - | | - | | - | | - |
| Adjusted Bank Balance | | 0.14 | | - | | - | | - | | - |
| * Adjusted bank balance must equal balance per books | | | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| Totals | | - | | - | | - | | - | | - |
| **OUTSTANDING CHECKS** | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount | Ck. # | Amount |
| Totals | | | | - | | - | | - | | - |

MOR-1SUP

MOR-3

| In re: **James R. Mahar and Karen G. Mahar** | Case No: | 11-10315-JHW |
|---|---|---|
| | Reporting Period: | 12/23/10 to 1/25/11 |

**BALANCE SHEET (CASH BASIS)**

The Balance Sheet is to be completed on an accrual basis only. Pre-petition liabilities must be classified from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | $ 0.14 | $ 710.00 |
| Restricted Cash and Cash Equivalents *(see continuation sheet)* | - | - |
| Accounts Receivable (Net) | - | - |
| Notes Receivable (Loans to Employees) | - | - |
| Inventories | - | - |
| Prepaid Expenses | - | - |
| Professional Retainers | - | - |
| Other Current Assets *(attach schedule)* | - | - |
| *TOTAL CURRENT ASSETS* | 0.14 | 710.00 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements (FMV) | 1,100,000.00 | 1,100,000.00 |
| Machinery and Equipment | - | - |
| Furniture, Fixtures and Office Equipment (Personal Assets) | 3,000.00 | 3,000.00 |
| Leasehold Improvements | - | - |
| Vehicles (including boats) | 9,450.00 | 9,450.00 |
| Less Accumulated Depreciation | - | - |
| *TOTAL PROPERTY & EQUIPMENT* | 1,112,450.00 | 1,112,450.00 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | - | - |
| Other Assets *(attach schedule)* | - | - |
| *TOTAL OTHER ASSETS* | - | - |
| | | |
| **TOTAL ASSETS** | **1,112,450.14** | **1,113,160.00** |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)** | | |
| Accounts Payable | - | - |
| Taxes Payable *(refer to FROM MOR-4)* | - | - |
| Wages Payable | - | - |
| Notes Payable (Guarantees) | - | - |
| Rent / Leases - Building/Equipment | - | - |
| Secured Debt / Adequate Protection Payments (Mortgages less holding acct)** | - | - |
| Professional Fees | - | - |
| Amounts Due to Insiders* | - | - |
| Other Postpetition Liabilities *(attach schedule)* | - | - |
| *TOTAL POSTPETITION LIABILITIES* | - | - |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-petition)** | | |
| Secured Debt | 2,503,977.97 | 2,503,977.97 |
| Priority Debt | 19,200.00 | 19,200.00 |
| Unsecured Debt | 328,316.00 | 328,316.00 |
| *TOTAL PRE-PETITION LIABILITIES* | 2,851,493.97 | 2,851,493.97 |
| | | |
| *TOTAL LIABILITIES* | 2,851,493.97 | 2,851,493.97 |
| **OWNER EQUITY** | | |
| Capital Stock | - | - |
| Additional Paid-In Capital | | |
| Partners Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | - | - |
| Retained Earnings - PostPetition | - | - |
| Adjustments to Owner Equity *(attach schedule)* | - | |
| Postpetition Contributions (Distributions) (Draws) *(attach schedule)* | | |
| *NET OWNER EQUITY* | - | - |
| | | |
| **TOTAL LIABILITIES AND OWNER EQUITY** | **2,851,493.97** | **2,851,493.97** |

* "Insider" is defined in 11 U.S.C. Section 101(31)                                                                                   Form MOR-3

MOR-3

| In re: James R. Mahar and Karen G. Mahar | Case No: | 11-10315-JHW |
|---|---|---|
| | Reporting Period: | 1/26/2011-2/28/20111 |

BALANCE SHEET - CONTINUATION SHEET

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | - | - |
| | - | - |
| | - | - |
| | | |
| | | |
| | | |
| Other Assets | | |
| | - | - |
| | - | - |
| | - | - |
| | - | - |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | - | - |
| | - | - |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash: cash that is restricted for a specific use and not available to fund operations. Typically, restricted cash is segregated into a separate account, such as an escrow account

MOR-4

In re: **James R. Mahar and Karen G. Mahar**  Case No: 11-10315-JHW
Reporting Period: 12/23/10 to 1/25/11

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.

Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes

Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | $     - | | | | | $     - |
| FICA - Employee | - | | | | | - |
| FICA - Employer | - | | | | | - |
| Unemployment | - | | | | | - |
| Income | - | | | | | - |
| Other: | - | | | | | - |
| Total Federal Taxes | - | - | - | | | - |
| **State and Local** | | | | | | |
| Withholding | - | | | | | - |
| Sales | - | | | | | - |
| Excise | - | | | | | - |
| Unemployment | - | | | | | - |
| Real Property | - | - | - | | | - |
| Personal Property | - | | | | | - |
| Other: Medical & Dues | - | | | | | - |
| Total State and Local | - | | | | | - |
| Total Taxes | $     - | | | | | $     - |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable

| | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Wages Payable (Commissions) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Taxes Payable | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent/Leases-Building | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Rent/Leases-Equipment | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Secured Debt/Adequate Protection Payments | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Professional Fees | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Amounts Due to Insiders* | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other: | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Total Postpetition Debts | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Explain how and when the Debtor intends to pay any past-due post petition debts

*"Insider" is defined in 11 U.S.C Section 101(31)   FORM MOR-4

MOR-5

In re: **James R. Mahar and Karen G. Mahar**  Case No: 11-10315-JHW
Reporting Period: 12/23/10 to 1/25/11

**ACCOUNTS RECEIVABLE RECONCILIATION AND AGING**

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | - |
| + Amounts billed during the period | - |
| - Amounts collected during the period | - |
| Total Accounts Receivable at the end of the reporting period | - |

| Accounts Receivable Aging | | Amount |
|---|---|---|
| 0-30 days old | | - |
| 31 - 60 days old | N/A | - |
| 61 - 90 days old | | - |
| 91+ days old | | - |
| Total Accounts Receivable | | - |
| Amounts considered uncollectable (Bad Debt) | | - |
| Accounts Receivable (Net) | | - |

**DEBTOR QUESTIONAIRE**

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any of the assets been sold or transferred outside the normal course of business this reporting | | XXX |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting | | XXX |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explaination below. | XXX | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explaination below. | XXX | |

MOR-5